## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SHARON WILLIAMS, derivatively, on behalf of NCR CORPORATION, ) ) ) | |
| Plaintiff, ) ) ) | CIVIL ACTION FILE |
| v. ) ) | NO. 1:13-cv-01400-SCJ |
| WILLIAM R. NUTI, ROBERT FISHMAN, JENNIFER DANIELS, EDWARD P. BOYKIN, RICHARD L. CLEMMER, GARY DAICHENDT, ROBERT P. DeRODES, and LINDA FAYE LEVINSON, ) ) ) ) ) ) ) | **AS REMOVED FROM THE SUPERIOR COURT OF GWINNETT COUNTY, GEORGIA** **Case No. 13A-02709-2** |
| Defendants. ) ) | |
| -and- ) ) | |
| NCR CORPORATION, ) ) | |
| Nominal Defendant. ) ) | |

### DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**COME NOW** William R. Nuti, Robert Fishman, Jennifer Daniels, Edward P. Boykin, Richard L. Clemmer, Gary Daichendt, Robert P. DeRodes, Linda Faye Levinson and NCR Corporation ("Defendants"), and pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 3.3, hereby file their Certificate of Interested Persons and

Corporate Disclosure Statement, as follows:

1) The undersigned counsel of record for Defendants certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

For Plaintiff:

- Sharon Williams

For Defendants:

- William R. Nuti

- Robert Fishman

- Jennifer Daniels

- Edward P. Boykin

- Richard L. Clemmer

- Gary Daichendt

- Robert P. DeRodes

- Linda Faye Levinson

- NCR Corporation: NCR Corporation is a publicly-traded company whose common stock is listed on the NYSE and trades under the symbol "NCR."

2)  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:  None.

3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>For Plaintiff</u>:

Michael I. Fistel, Jr., Esq.
Marshall P. Dees, Esq.
Holzer Holzer & Fistel, LLC
200 Ashford Center North, Suite 300
Atlanta, GA  30338

Michael J. Hynes, Esq.
Ligaya Hernandez, Esq.
Faruqi & Faruqi, LLP
101 Greenwood Avenue, Suite 600
Jenkintown, PA  19046

Beth A. Keller, Esq.
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY  10017

Debra Sue Goodman, Esq.
Law Office of Debra S. Goodman, P.C.
1301 Skippack Pike, Suite 7A #133
Blue Bell, PA  19422

<u>For Defendants</u>:

>John G. Despriet
>James E. Connelly
>Julie E. Adkins
>Womble Carlyle Sandridge & Rice, LLP
>271 17th Street, NW, Suite 2400
>Atlanta, Georgia 30363-1017

Respectfully submitted, this 30th day of April, 2013.

>WOMBLE CARLYLE SANDRIDGE & RICE
>*A Limited Liability Partnership*
>
>/s/ *John G. Despriet*_____
>John G. Despriet
>Georgia Bar No. 219437
>James E. Connelly
>Georgia Bar No. 181808
>Julie E. Adkins
>Georgia Bar No. 871742
>271 17th Street, NW, Suite 2400
>Atlanta, Georgia 30363-1017
>Tel:  (404) 872-7000
>Fax: (404) 888-7490
>JDespriet@wcsr.com
>JConnelly@wcsr.com
>JAdkins@wcsr.com
>
>***Attorneys for NCR Corporation, William R. Nuti, Robert Fishman, Jennifer Daniels, Edward P. Boykin, Richard L. Clemmer, Gary Daichendt, Robert P. DeRodes, and Linda Faye Levinson***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT was filed with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Michael I. Fistel, Jr., Esq.
Marshall P. Dees, Esq.
Holzer Holzer & Fistel, LLC
200 Ashford Center North, Suite 300
Atlanta, GA  30338

A true and correct copy of the within and foregoing has also been served on the following persons by placing same in the United States postal service with proper postage affixed thereto and addressed to the following:

Beth A. Keller, Esq.
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY  10017

Debra Sue Goodman, Esq.
Law Office of Debra S. Goodman, P.C.
1301 Skippack Pike, Suite 7A #133
Blue Bell, PA  19422

Michael J. Hynes, Esq.
Ligaya Hernandez, Esq.
Faruqi & Faruqi, LLP
101 Greenwood Avenue, Suite 600
Jenkintown, PA  19046

This 30th day of April, 2013.

*/s/ John G. Despriet*
John G. Despriet