UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHARON WILLIAMS, derivatively, on behalf of NCR CORPORATION, | ) ) ) |
| Plaintiff, | ) ) Case No. 1:13-CV-1400-SC ) |
| v. | ) ) |
| WILLIAM R. NUTI, ROBERT FISHMAN, JENNIFER DANIELS, EDWARD P. BOYKIN, RICHARD L. CLEMMER, GARY DAICHENDT, ROBERT P. DeRODES, and LINDA FAYE LEVINSON, | ) ) Removed from Superior ) Court of Gwinnett County ) Case No. 13A-2709-2 ) ) ) |
| Defendants. | ) ) |
| -and- | ) ) |
| NCR CORPORATION, | ) ) |
| Nominal Defendant. | ) ) ) |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff Sharon Williams, by and through her attorneys and pursuant to Local Rule 3.3, hereby submits this Certificate of Interested Persons:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including

any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Sharon Williams, Plaintiff;
- William R. Nuti, Defendant;
- Robert Fishman, Defendant;
- Jennifer Daniels, Defendant;
- Edward P. Boykin, Defendant;
- Richard L. Clemmer, Defendant;
- Gary Daichendt, Defendant;
- Robert P. DeRodes, Defendant;
- Linda Faye Levinson, Defendant; and
- NCR Corporation, Nominal Defendant.

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- NCR Corporation Shareholders, including Plaintiff;
- Holzer Holzer & Fistel LLC;
- Faruqi & Faruqi, LLP; and

- Law Office of Debra S. Goodman P.C.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

- Corey D. Holzer, for Plaintiff;

- Michael I. Fistel, Jr. for Plaintiff;

- Marshall P. Dees, for Plaintiff;

- Michael J. Hynes, for Plaintiff;

- Ligaya Hernandez, for Plaintiff;

- Beth A. Keller, for Plaintiff;

- Debra S. Goodman, for Plaintiff;

- John G. Despriet, for Defendants and Nominal Defendant NCR;

- James E. Connelly, for Defendants and Nominal Defendant NCR; and

- Julie E. Adkins, for Defendants and Nominal Defendant NCR.

Submitted this 30th day of April 2013.

**HOLZER HOLZER & FISTEL, LLC**

/s/ Marshall P. Dees
Marshall P. Dees
Georgia Bar Number: 105776
Michael I. Fistel, Jr.
Georgia Bar Number: 262062
Corey D. Holzer
Georgia Bar Number: 364698

200 Ashford Center North
Suite 300
Atlanta, Georgia 30338
Telephone:   770-392-0090
Facsimile:    770-392-0029

**FARUQI & FARUQI, LLP**
Michael J. Hynes
Ligaya Hernandez
101 Greenwood Avenue, Suite 600
Jenkintown, Pennsylvania 19046
Telephone:  (215) 277-5770
Facsimile:  (215) 277-5771

**LAW OFFICE OF DEBRA S. GOODMAN, P.C.**
Debra S. Goodman
1301 Skippack Pike, Suite 7A #133
Blue Bell, Pennsylvania 19422
Telephone: (610) 277-6057
Facsimile: (484) 231-1922

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff hereby certifies that on this 30th day of April, 2013 the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record who have appeared in this matter.

/s/ Marshall P. Dees

Marshall P. Dees
Georgia Bar Number: 105776

**HOLZER HOLZER & FISTEL LLC**
200 Ashford Center North, Suite 300
Atlanta, Georgia 30338
Telephone: (770) 392-0090