# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| SHARON WILLIAMS, derivatively, on behalf of NCR CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:13-CV-01400-SCJ |
| WILLIAM R. NUTI, ROBERT FISHMAN,  JENNIFER DANIELS, EDWARD P. BOYKIN, RICHARD L. CLEMMER, GARY DAICHENDT, ROBERT P. DeRODES, and LINDA FAYE LEVINSON, | ) ) ) ) ) ) ) | **AS REMOVED FROM THE SUPERIOR COURT OF GWINNETT COUNTY, GEORGIA** **Case No. 13A-02709-2** |
| Defendants. | ) ) | |
| -and- | ) ) | |
| NCR CORPORATION, | ) ) | |
| Nominal Defendant. | ) ) | |
| _____ | ) | |

## CONSENT ORDER GRANTING EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND SETTING MOTION BRIEFING SCHEDULE

THIS MATTER is before the Court on the parties' Joint Motion for

Extension of Time to Respond to the Complaint and for Motion Briefing Schedule.

The parties seek entry of a Consent Order extending the time for the Defendants to answer, move to dismiss, or otherwise respond to the Complaint through and including May 31, 2013 and setting a briefing schedule for any motion or motions filed by the Defendants in response to the Complaint.  For good cause shown, it is hereby **ORDERED, ADJUDGED and DECREED** that:

1.      The Defendants will answer, move to dismiss, or otherwise respond to the Complaint on or before May 31, 2013;

2.      Plaintiff will respond to any motion or motions to dismiss the Complaint within sixty (60) days after service of the motion or motions; and

3.      The Defendants shall have thirty (30) days after service of Plaintiff's response to file reply briefs in support of their motion or motions dismiss*.

**SO ORDERED** this 6th day of May, 2013.
        *Barring extraordinary circumstances, no further extensions will be granted.

                                        s/Steve C. Jones
                                        Steve C. Jones, Judge
                                        United States District Court

**Consented To By:**

WOMBLE CARLYLE SANDRIDGE & RICE, LLP

  /s/ John G. Despriet
John G. Despriet

James E. Connelly
Julie E. Adkins
271 17th Street, NW, Suite 2400
Atlanta, Georgia  30363-1017
Tel:  (404) 872-7000
Fax:  (404) 888-7490

*Attorneys for NCR Corporation, William R.
Nuti, Robert Fishman, Jennifer Daniels,
Edward P. Boykin, Richard L. Clemmer,
Gary Daichendt, Robert P. DeRodes, and
Linda Faye Levinson*

HOLZER HOLZER & FISTEL, LLC

  /s/ Michael I. Fistel, Jr.
Michael I. Fistel, Jr.
Marshall P. Dees
200 Ashford Center North, Suite 300
Atlanta, GA  30338
Telephone:  (770) 392-0090
Facsimile:  (770) 392-0029

*Attorneys for Sharon Williams*