IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHARON WILLIAMS, derivatively, on behalf of NCR CORPORATION, </br></br> Plaintiff, </br></br> v. </br></br> WILLIAM R. NUTI, ROBERT FISHMAN, JENNIFER DANIELS, EDWARD P. BOYKIN, RICHARD L. CLEMMER, GARY DAICHENDT, ROBERT P. DeRODES, and LINDA FAYE LEVINSON, </br></br> Defendants, </br></br>-and- </br></br> NCR CORPORATION, </br></br> Nominal Defendant. | CASE NO. 1:13-CV-01400-SCJ </br></br> **AS REMOVED FROM THE SUPERIOR COURT OF GWINNETT COUNTY, GEORGIA** </br> **Case No. 13A-02709-2** |

**CONSENT ORDER SETTING DEADLINE FOR PLAINTIFF
TO AMEND COMPLAINT AND MODIFYING ANSWER DEADLINE AND
MOTION BRIEFING SCHEDULE**

THIS MATTER is before the Court on the parties' Joint Motion for Order

Setting Deadline for Plaintiff to Amend Complaint and Modifying Answer

Deadline and Motion Briefing Schedule [Doc. No. 10].  The parties seek entry of a Consent Order giving Plaintiff through and including June 25, 2013 to file and serve an amended complaint.  The parties further seek an order modifying the time for the Defendants to answer or otherwise respond to the amended complaint and setting forth a briefing schedule for any motion or motions filed by the Defendants in response to the anticipated amended complaint.

For good cause shown, it is hereby **ORDERED, ADJUDGED and DECREED** that:

1. The parties' previous Consent Order Granting Extension of Time to Respond to the Complaint and Setting Motion Briefing Schedule entered by the Court on May 6, 2013 [Doc. 5] is hereby superseded;

2. Plaintiff shall have through and including June 25, 2013 to file and serve an amended complaint;

3. The Defendants shall have twenty-eight (28) days from service or waiver of service of the amended complaint to answer or otherwise respond to the amended complaint;

4. The Plaintiff shall have sixty (60) days after service of any motion or motions to dismiss the amended complaint to file a response thereto; and

5. The Defendants shall have thirty (30) days from service of Plaintiff's response to file any reply briefs.

**SO ORDERED** this 30th day of May, 2013.

s/Steve C. Jones  
Steve C. Jones, Judge  
United States District Court

**Consented To By:**

WOMBLE CARLYLE SANDRIDGE & RICE, LLP

  /s/ John G. Despriet
John G. Despriet
James E. Connelly
Julie E. Adkins
271 17th Street, NW, Suite 2400
Atlanta, Georgia  30363-1017
Tel:  (404) 872-7000
Fax:  (404) 888-7490

*Attorneys for NCR Corporation, William R. Nuti, Robert Fishman, Jennifer Daniels, Edward P. Boykin, Richard L. Clemmer, Gary Daichendt, Robert P. DeRodes, and Linda Faye Levinson*

FARUQI & FARUQI, LLP-PA

/s/ Ligaya T. Hernandez

Ligaya T. Hernandez *(Pro Hac Vice)*
Michael J. Hynes *(Pro Hac Vice)*
101 Greenwood Avenue, Suite 600
Jenkintown, PA  19046
Telephone:  (215) 277-5770
Facsimile:  (215) 277-5771

HOLZER HOLZER & FISTEL, LLC

Michael I. Fistel, Jr.
Marshall P. Dees
200 Ashford Center North, Suite 300
Atlanta, GA  30338
Telephone:  (770) 392-0090
Facsimile:  (770) 392-0029

*Attorneys for Sharon Williams*