UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHARON WILLIAMS, derivatively, on behalf of NCR CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM R. NUTI, ROBERT FISHMAN, JENNIFER DANIELS, EDWARD P. BOYKIN, RICHARD L. CLEMMER, GARY DAICHENDT, ROBERT P. DeRODES, and LINDA FAYE LEVINSON, <br><br> Defendants, <br> and <br><br> NCR CORPORATION, <br> Nominal Defendant. | CIVIL ACTION FILE <br> NO. 1:13-CV-1400-SCJ |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan [Doc. No. 9], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the above referenced form, except as herein modified:

<u>This matter is assigned to a four (4) month discovery track, to commence thirty (30) days after the appearance of the first defendant by answer to the complaint. Discovery and all related deadlines will proceed in accordance the Local Rules of this Court as well as the Federal Rules of Federal Procedure.</u>

**IT IS SO ORDERED**, this 6th day of June, 2013.

                                         s/Steve C. Jones
                                         STEVE C. JONES
                                         UNITED STATES DISTRICT JUDGE