# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHARON WILLIAMS, derivatively, on behalf of NCR CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) CASE NO. 1:13-CV-01400-SCJ |
| v. | )<br>) |
| | ) **AS REMOVED FROM THE** |
| WILLIAM R. NUTI, ROBERT FISHMAN, JENNIFER DANIELS, EDWARD P. BOYKIN, RICHARD L. CLEMMER, GARY DAICHENDT, ROBERT P. DeRODES, and LINDA FAYE LEVINSON, | ) **SUPERIOR COURT OF**<br>) **GWINNETT COUNTY,**<br>) **GEORGIA**<br>) **Case No. 13A-02709-2**<br>)<br>)<br>) |
| Defendants, | )<br>) |
| -and- | )<br>) |
| NCR CORPORATION, | )<br>) |
| Nominal Defendant. | )<br>) |
| _____ | ) |

## CONSENT ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT AND TO RESPOND TO SAME

THIS MATTER is before the Court on the parties' Joint Motion for

Extension of Time to File Amended Complaint and of Related Deadlines. The

parties seek entry of a Consent Order extending the time for Plaintiff to file her amended complaint in light of the parties' ongoing settlement negotiations and the settlement conference that is scheduled to take place on July 12, 2013.  For good cause shown, it is hereby **ORDERED, ADJUDGED and DECREED** that:

1. The Plaintiff is not required to file her amended complaint on June 25, 2013;

2. The parties shall promptly inform the Court if they are able to reach a tentative settlement agreement by the conclusion of the settlement conference scheduled for July 12, 2013; and

3. If the parties are unable to reach a tentative settlement, the Plaintiff will have until July 16, 2013 (two (2) business days from the parties' settlement conference) to file her amended complaint.  The other deadlines for answering or otherwise responding to the Plaintiff's first amended complaint shall remain as set forth in the Consent Order Granting Extension of Time to Respond to the Complaint and Setting Motion Briefing Schedule entered by the Court on May 6, 2013 (Dkt. 5).

**SO ORDERED** this 25th day of June, 2013.

                                      s/Steve C. Jones
                                      Steve C. Jones, Judge
                                      United States District Court

**Consented To By:**

WOMBLE CARLYLE SANDRIDGE & RICE, LLP

/s/ John G. Despriet
John G. Despriet
James E. Connelly
Julie E. Adkins
271 17th Street, NW, Suite 2400
Atlanta, Georgia  30363-1017
Tel:  (404) 872-7000
Fax:  (404) 888-7490

*Attorneys for NCR Corporation, William R. Nuti, Robert Fishman, Jennifer Daniels, Edward P. Boykin, Richard L. Clemmer, Gary Daichendt, Robert P. DeRodes, and Linda Faye Levinson*

FARUQI & FARUQI, LLP-PA

/s/ Ligaya T. Hernandez
Ligaya T. Hernandez *(Pro Hac Vice)*
Michael J. Hynes *(Pro Hac Vice)*
101 Greenwood Avenue, Suite 600
Jenkintown, PA  19046
Telephone:  (215) 277-5770
Facsimile:  (215) 277-5771

HOLZER HOLZER & FISTEL, LLC

Michael I. Fistel, Jr.
Marshall P. Dees

200 Ashford Center North, Suite 300
Atlanta, GA  30338
Telephone:  (770) 392-0090
Facsimile:  (770) 392-0029

*Attorneys for Sharon Williams*