IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHARON WILLIAMS, derivatively, on behalf of NCR CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM R. NUTI, ROBERT FISHMAN, JENNIFER DANIELS, EDWARD P. BOYKIN, RICHARD L. CLEMMER, GARY DAICHENDT, ROBERT P. DeRODES, and LINDA FAYE LEVINSON, )<br>)<br>Defendants, )<br>)<br>-and- )<br>)<br>NCR CORPORATION, )<br>)<br>Nominal Defendant. )<br>_____ ) | CASE NO. 1:13-CV-01400-SCJ |

**AMENDED CONSENT ORDER EXTENDING DEADLINES TO
ALLOW PARTIES TO CONTINUE EFFORTS TO RESOLVE THE CASE**

THIS MATTER is before the Court on the parties' Joint Motion to Amend

August 26, 2013 Consent Order to Correct Error Contained Therein [19].  The parties

seek entry of an Amended Consent Order extending the time for Plaintiff to file her amended complaint in light of the meaningful progress made at the parties' in-person settlement conference held on July 12, 2013 and the subsequent settlement negotiations since that time.  For good cause shown, it is hereby **ORDERED, ADJUDGED and DECREED** that:

1. The Plaintiff is not required to file her amended complaint on August 27, 2013 and shall have through and including September 24, 2013 to file her first amended complaint;

2. The other deadlines for answering or otherwise responding to the Plaintiff's first amended complaint shall remain as set forth in the Consent Order Granting Extension of Time to Respond to the Complaint and Setting Motion Briefing Schedule entered by the Court on May 30, 2013 (Dkt. 11); and

3. The parties shall promptly inform the Court if they reach a finalized settlement agreement on or before September 24, 2013.

**SO ORDERED** this 16th day of September, 2013.

                                                _s/Steve C. Jones
                                                Steve C. Jones, Judge
                                                United States District Court

**Consented To By:**

WOMBLE CARLYLE SANDRIDGE & RICE, LLP

/s/ John G. Despriet
John G. Despriet
James E. Connelly
Julie E. Adkins
271 17th Street, NW, Suite 2400
Atlanta, Georgia  30363-1017
Tel:  (404) 872-7000
Fax:  (404) 888-7490

*Attorneys for NCR Corporation, William R. Nuti, Robert Fishman, Jennifer Daniels, Edward P. Boykin, Richard L. Clemmer, Gary Daichendt, Robert P. DeRodes, and Linda Faye Levinson*

FARUQI & FARUQI, LLP-PA

/s/ Ligaya T. Hernandez
Ligaya T. Hernandez *(Pro Hac Vice)*
Michael J. Hynes *(Pro Hac Vice)*
101 Greenwood Avenue, Suite 600
Jenkintown, PA  19046
Telephone:  (215) 277-5770
Facsimile:  (215) 277-5771

HOLZER HOLZER & FISTEL, LLC

Michael I. Fistel, Jr.
Marshall P. Dees

200 Ashford Center North, Suite 300
Atlanta, GA  30338
Telephone:  (770) 392-0090
Facsimile:  (770) 392-0029

*Attorneys for Sharon Williams*