IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHARON WILLIAMS, derivatively, on behalf of NCR CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM R. NUTI, ROBERT FISHMAN, JENNIFER DANIELS, EDWARD P. BOYKIN, RICHARD L. CLEMMER, GARY DAICHENDT, ROBERT P. DeRODES, and LINDA FAYE LEVINSON, <br><br> Defendants, <br><br> -and- <br><br> NCR CORPORATION, <br><br> Nominal Defendant. | CASE NO. 1:13-CV-01400-SCJ |

**CONSENT ORDER GRANTING ADMINISTRATIVE STAY TO COMPLETE SETTLEMENT PROCESS AS THE PARTIES HAVE REACHED AN AGREEMENT IN PRINCIPLE**

THIS MATTER is before the Court on the parties' Joint Motion for

Administrative Stay to Complete Settlement Process as the Parties have Reached

an Agreement in Principle.  The parties seek entry of this Consent Order to allow them to complete the processes contemplated by Federal Rule of Civil Procedure 23.1.  For good cause shown, it is hereby **ORDERED, ADJUDGED and DECREED** that:

1. This case and all of its deadlines are stayed FOR A PERIOD NOT TO EXCEED NINETY (90) DAYS;

2. In the event this stay is lifted, Plaintiff shall have seven days to file an amended complaint; and

3. The other deadlines for answering or otherwise responding to the Plaintiff's first amended complaint shall remain as set forth in the Consent Order Granting Extension of Time to Respond to the Complaint and Setting Motion Briefing Schedule entered by the Court on May 30, 2013 (Dkt. 11).

**SO ORDERED** this 24th day of October, 2013.

                                              s/Steve C. Jones
                                              Steve C. Jones, Judge
                                              United States District Court

**Consented To By:**

WOMBLE CARLYLE SANDRIDGE & RICE, LLP

/s/ John G. Despriet
John G. Despriet

2

James E. Connelly
Julie E. Adkins
271 17th Street, NW, Suite 2400
Atlanta, Georgia  30363-1017
Tel:  (404) 872-7000
Fax:  (404) 888-7490

*Attorneys for NCR Corporation, William R. Nuti, Robert Fishman, Jennifer Daniels, Edward P. Boykin, Richard L. Clemmer, Gary Daichendt, Robert P. DeRodes, and Linda Faye Levinson*

FARUQI & FARUQI, LLP-PA

/s/ Ligaya T. Hernandez
Ligaya T. Hernandez *(Pro Hac Vice)*
Michael J. Hynes *(Pro Hac Vice)*
101 Greenwood Avenue, Suite 600
Jenkintown, PA  19046
Telephone:  (215) 277-5770
Facsimile:  (215) 277-5771

HOLZER HOLZER & FISTEL, LLC

Michael I. Fistel, Jr.
Marshall P. Dees
200 Ashford Center North, Suite 300
Atlanta, GA  30338
Telephone:  (770) 392-0090
Facsimile:  (770) 392-0029

*Attorneys for Sharon Williams*

3

WCSR 31366264v1