IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHARON WILLIAMS, derivatively, on behalf of NCR CORPORATION,<br><br>     Plaintiff,<br><br>v.<br><br>WILLIAM R. NUTI, ROBERT FISHMAN, JENNIFER DANIELS, EDWARD P. BOYKIN, RICHARD L. CLEMMER, GARY DAICHENDT, ROBERT P. DeRODES, and LINDA FAYE LEVINSON,<br><br>     Defendants.<br><br>-and-<br><br>NCR CORPORATION,<br><br>     Nominal Defendant.<br>_____ | CASE NO. 1:13-CV-01400-SCJ<br><br>AS REMOVED FROM THE SUPERIOR COURT OF GWINNETT COUNTY, GEORGIA<br>Case No. 13A-02709-2 |

**PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT**

By this motion, plaintiff Sharon Williams ("Plaintiff"), by and through her undersigned counsel, hereby moves for preliminary approval of the Settlement of the above-captioned shareholder derivative action. Specifically, Plaintiff moves the Court for the entry of the order attached hereto (the "Preliminary Order") (i)

1

preliminarily approving the Settlement as set forth in the Stipulation of Settlement dated January 22, 2014 (the "Stipulation") (attached hereto as Exhibit 1); (ii) approving the form of the Notice, and directing the publication and posting of the Notice as contemplated by the Stipulation; and (iii) scheduling a hearing to consider final approval of the Settlement (the "Settlement Hearing").

This motion is based on the memorandum of law included herein, the Stipulation, and such additional evidence or argument as may be required by the Court. Plaintiff and Plaintiff's Counsel respectfully submit that the proposed Settlement is in the best interests of NCR Corporation and Current NCR Shareholders and respectfully request the Court preliminarily approve the Settlement and enter the Preliminary Order submitted herewith.

Dated: January 22, 2014

HOLZER & HOLZER LLC
MARSHALL P. DEES
Georgia Bar Number: 105776

*/s/ Marshall P. Dees*
  MARSHALL P. DEES
200 Ashford Center North, Suite 300
Atlanta, Georgia 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

FARUQI & FARUQI LLP
Michael J. Hynes
Ligaya T. Hernandez
101 Greenwood Avenue, Suite 600
Jenkintown, Pennsylvania 19046

        Telephone:  (215) 277-5770
        Facsimile:  (215) 277-5771

        LAW OFFICE OF DEBRA S. GOODMAN P.C.
        1301 Skippack Pike
        Suite 7A #133
        Blue Bell, PA 19422
        Telephone: (610) 277-6057
        Facsimile: (484) 231-1922

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 7.1D, the undersigned counsel for Plaintiff hereby certifies that the foregoing has been prepared with a font size and point selection (Times New Roman, 14 pt.) which was approved by the Court, and that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 22nd day of January 2014.

                                                */s/ Marshall P. Dees*
                                                MARSHALL P DEES