IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHARON WILLIAMS, derivatively, on behalf of NCR CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM R. NUTI, ROBERT FISHMAN, JENNIFER DANIELS, EDWARD P. BOYKIN, RICHARD L. CLEMMER, GARY DAICHENDT, ROBERT P. DeRODES, and LINDA FAYE LEVINSON, <br><br> Defendants, <br><br> -and- <br><br> NCR CORPORATION, <br><br> Nominal Defendant. | CASE NO. 1:13-CV-01400-SCJ |

**<u>DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFF'S
MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE
SETTLEMENT [DOC. 24]</u>**

The above-named Individual Defendants and NCR Corporation as Nominal Defendant (the Individual Defendants together with NCR Corporation are referred to as the "Defendants") hereby file this Notice of Non-Opposition to Plaintiff's Motion for Preliminary Approval of Derivative Settlement. Although the

Defendants did not join in the Motion, the Defendants do not and will not oppose Plaintiff's Motion.

Respectfully submitted, this 23rd day of January, 2014.

          WOMBLE CARLYLE SANDRIDGE & RICE, LLP

/s/ Julie E. Adkins
John G. Despriet
Ga. Bar No. 219437
James E. Connelly
Georgia Bar No. 181808
Julie E. Adkins
Georgia Bar No. 871742
271 17th Street, NW, Suite 2400
Atlanta, Georgia  30363-1017
Telephone:  (404) 872-7000
Facsimile:  (404) 879-2930
jdespriet@wcsr.com
jconnelly@wcsr.com
jadkins@wcsr.com

***Attorneys for NCR Corporation, William R. Nuti, Robert Fishman, Jennifer Daniels, Edward P. Boykin, Richard L. Clemmer, Gary Daichendt, Robert P. DeRodes, and Linda Fayne Levinson***

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the within and foregoing **DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT [Doc. 24]** was filed with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Marshall P. Dees, Esq. | Ligaya T. Hernandez |
| Holzer & Holzer, LLC | Michael J. Hynes |
| 200 Ashford Center North, Suite 300 | Faruqi & Faruqi, LLP-PA |
| Atlanta, GA  30338 | 101 Greenwood Avenue, Suite 600 |
| | Jenkintown, PA  19046 |

A true and correct copy of the within and foregoing has also been served on the following persons by placing same in the United States postal service with proper postage affixed thereto and addressed to the following:

| | |
|---|---|
| Beth A. Keller, Esq. | Debra Sue Goodman, Esq. |
| Faruqi & Faruqi, LLP | Law Office of Debra S. Goodman, P.C. |
| 369 Lexington Avenue, 10th Floor | 1301 Skippack Pike, Suite 7A #133 |
| New York, NY  10017 | Blue Bell, PA  19422 |

  This 23rd day of January, 2014.

               */s/ Julie E. Adkins*
               Julie E. Adkins