IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHARON WILLIAMS, derivatively, on behalf of NCR CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM R. NUTI, ROBERT FISHMAN,  JENNIFER DANIELS, EDWARD P. BOYKIN, RICHARD L. CLEMMER, GARY DAICHENDT, ROBERT P. DeRODES, and LINDA FAYE LEVINSON,<br><br>    Defendants,<br><br>-and-<br><br>NCR CORPORATION,<br><br>    Nominal Defendant.<br>_____ | CASE NO. 1:13-CV-01400-SCJ |

## **CONSENT ORDER**

Counsel for the parties having agreed hereto, the Court enters the following Consent Order extending the page limit for Plaintiff's Memorandum in Support of Plaintiff's Motion for Final Approval of Derivative Settlement.  Plaintiff's Memorandum in Support of Plaintiff's Motion for Final Approval of Derivative Settlement shall not exceed fifty pages.  The motion [at Doc. No. 27] is GRANTED.

SIGNED and **ORDERED**, this 12th day of  March , 2014.

                                                      s/Steve C. Jones
                                     HON. STEVE C. JONES
                                     UNITED STATES DISTRICT JUDGE